IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN TURNER, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 1:10-CV-985-mht |
| | ) |
| THE CITY OF DOTHAN, a municipality; | ) |
| FORMER CHIEF OF POLICE JOHN R. | ) |
| POWELL in his then capacity as Chief of | ) |
| Police, OFFICER MICHAEL CONNER, | ) |
| individually and in his official capacity, | ) |
| OFFICER LYNN WATKINS, individually | ) |
| and in his official capacity, OFFICER | ) |
| WILL BENNY, individually and in his | ) |
| official capacity, OFFICER SCOTT | ) |
| OWENS, individually and in his | ) |
| Official capacity, and OFFICER MIKE | ) |
| MILLER, individually and in his | ) |
| official capacity, | ) |
| | ) |
| DEFENDANTS. | ) |

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW John Powell, a [Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

　　__X__ This party is an individual, or

　　_____ This party is a governmental entity, or

　　_____ There are no entities to be reported, or

　　_____ The following entities and their relationship to the party are hereby reported:

Reportable Entity　　　　　　　　　　Relationship to Party

_____　　_____

| | |
|---|---|
| December 13, 2010 | s/ F. Lenton White |
| Date | (Signature) |
| | F. LENTON WHITE |
| | (Counsel's Name) |
| | |
| | City of Dothan, Former Police Chief |
| | John R. Powell, Officer Michael Conner, |
| | Officer Lynn Watkins, Officer Will |
| | Benny, Officer Scott Owens, and |
| | Officer Mike Miller |
| | P.O. Box 2128 |
| | Dothan, Alabama 36302 |
| | Address, City, State Zip Code |
| | (334) 615-3130 |
| | Telephone Number |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I further certify that I have this date served a copy of the above and foregoing document by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed to the following counsel of record:

John Turner
P.O. Box 6931
Dothan, Alabama 36302

        s/ F. Lenton White
        Of Counsel