IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN TURNER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:10cv985-MHT |
| | ) | (WO) |
| THE CITY OF DOTHAN, a | ) | |
| Municipality, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the motion to amend complaint (doc. no. 62) is granted.  The court assumes that the non-movants have no objection to the allowance of the amendment; however, if they do, they must file an objection within seven days from the date of this order.

DONE, this the 15th day of October, 2014.

                                             /s/ Myron H. Thompson  
                                         UNITED STATES DISTRICT JUDGE