IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:10cv985-MHT |
| | ) | (WO) |
| THE CITY OF DOTHAN, a | ) | |
| Municipality, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the opinion entered this date, 2015, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The defendants' motion to dismiss (doc. no. 64) is granted.

(2) The defendants' objection to the plaintiff's amended complaint (doc. no. 64) is overruled as moot.

(3) This lawsuit is dismissed in its entirety with prejudice.

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of April, 2015.

_____/s/ Myron H. Thompson____
UNITED STATES DISTRICT JUDGE